B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia   ▾

In re Marco Terren Neal                          ,        Case No. 18-67715-LRC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association,
as Trustee of the Dwelling Series IV Trust
_____
Name of Transferee

U.S. Bank Trust National Association,
as Trustee of the Igloo Series IV Trust
_____
Name of Transferor

Name and Address where notices to transferee
should be sent:

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
Phone:  (800) 603-0836
Last Four Digits of Acct #:        5619

Court Claim # (if known): _____4_____
Amount of Claim:      $90,170.17
Date Claim Filed:      12/10/2018

Phone:  (800) 603-0836
Last Four Digits of Acct. #:      5619

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___*Maci Laswell*_____        Date:___05/05/2021_____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

 SERVICING CORPORATION

323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

September 14, 2020

MARCO NEAL
5111 POST ROAD TER
STONE MOUNTAIN GA  30088

RE:  **Loan Number:**
Collateral: 5111 POST ROAD TERRACE, STONE MOUNTAIN, GA

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred.  This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents.  The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **August 19, 2020**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan. Your servicer collects payments for your account.  **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

    Name:          **SN Servicing Corporation**
    Address:       **323 Fifth Street, Eureka CA  95501**
    Telephone Number:  **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time**
    Website Address:   www.snsc.com

- An owner (also known as a "lender") is the person to whom the loan belongs.  The identity of your new owner is:

    Name:          **U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust**
    Address:       **7114 E Stetson Dr Ste 250; Scottsdale, AZ 85251**
    Telephone Number:  **(800) 603-0836**

**Partial Payment:**

On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan.  Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation. The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**

**CERTIFICATE OF SERVICE**

This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Melissa J. Davey, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

Craig Zander Black, Esq.
Attorney for Debtor
Via Electronic Notice

Marco Terren Neal
5111 Post Road Terrace
Stone Mountain, GA 30088

This 7th day of May, 2021.

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com